UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Caption in compliance with D.N.J. LBR 9004-2(c)

Mester & Schwartz, P.C.
Jason Brett Schwartz, Esquire
Bar No. 4217
1333 Race Street
Philadelphia, PA 19107
(267) 909-9036

**Order Filed on June 6, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

**In Re:**

**ASSOC. DATA PROCESSING
CONSULTANTS, INC.
a/k/a ADPC, INC.,**
                **Debtor**

Case No.: 17-10935-MBK

Judge: Michael B. Kaplan

## ORDER VACATING STAY

      The Relief set forth on the following pages, numbered two (2) through <u>two (2)</u> is hereby

**ORDERED**.

**DATED: June 6, 2017**

*Honorable Michael B. Kaplan*
United States Bankruptcy Judge

2

| | |
|---|---|
| Debtor: | Assoc. Data Processing Consultants, Inc. a/k/a ADPC, Inc. |
| Case No.: | 17-10935-MBK |
| Caption of Order: | Order Vacating Stay |

Upon consideration of BMW Bank of North America's Motion for an Order Vacating the Automatic Stay as to certain personal property hereinafter set forth, and good cause appearing; therefore, it is hereby

**ORDERED** that the automatic stay of the Bankruptcy Code 362(a) is vacated to permit the Movant to pursue its rights in the personal property described below to the extent and in the manner provided by any applicable contract documents and non-bankruptcy law.

**It is further ORDERED** that this grant of relief from stay shall remain in full force and effect, notwithstanding any subsequent conversion of this case to another chapter.

The stay of the Order as provided under Rule 4001 (a)(3), F.R.B.P., is hereby waived.

☒ Personal property more fully described as:

**2010 BMW 7 Series Sedan 4D 750Lxi AWD Turbo
V.I.N. WBAKC8C55AC430528**

United States Bankruptcy Court
District of New Jersey

In re:  
Assoc. Data Processing Consultants, Inc.  
    Debtor

Case No. 17-10935-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 08, 2017  
                     Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2017.  
db         Assoc. Data Processing Consultants, Inc.,   43 Birch Ln,   Toms River, NJ  08753-2508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                          TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                               TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2017                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2017 at the address(es) listed below:  
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com  
         Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America  
          jschwartz@mesterschwartz.com  
         Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Kurt E. Reinheimer    on behalf of Debtor    Assoc. Data Processing Consultants, Inc.  kerrein66@comcast.net  
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                               TOTAL: 6