# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10935−MBK
Chapter: 7
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assoc. Data Processing Consultants, Inc.
   aka ADPC, Inc.
   43 Birch Ln
   Toms River, NJ 08753−2508

Social Security No.:

Employer's Tax I.D. No.:
   22−3726697

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Horizon the Karen Bezner in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/12/2017.

Horizon Blue Cross Blue Shield


Dated: June 14, 2017
JAN: pbf

          Jeanne Naughton
          Clerk

United States Bankruptcy Court
District of New Jersey

In re:  
Assoc. Data Processing Consultants, Inc.  
    Debtor

Case No. 17-10935-MBK  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 1      Date Rcvd: Jun 14, 2017  
                          Form ID: 226      Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.  
db          Assoc. Data Processing Consultants, Inc.,   43 Birch Ln,   Toms River, NJ 08753-2508  
516877609    +Horizon,   145 Bradford Drive,   West Berlin, NJ 08091-9269

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2017 22:12:22    United States Trustee,  
            Office of the United States Trustee,   1085 Raymond Blvd.,   One Newark Center,   Suite 2100,  
            Newark, NJ 07102-5235
                                                                                  TOTAL: 1

            ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                                                          Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:  
        Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America  
         jschwartz@mesterschwartz.com  
        Karen E. Bezner    Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,  
         NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
        Kurt E. Reinheimer    on behalf of Debtor   Assoc. Data Processing Consultants, Inc.  
         kerrein66@comcast.net  
        U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov  
                                                                                         TOTAL: 6