Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

        Case No.: 17−10935−MBK
        Chapter: 7
        Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assoc. Data Processing Consultants, Inc.
   aka ADPC, Inc.
   43 Birch Ln
   Toms River, NJ 08753−2508

Social Security No.:

Employer's Tax I.D. No.:
   22−3726697

## Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

     Please be advised that Patricia Caldwell the Karen Bezner in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/12/2017.

Patricia Caldwell


Dated: June 14, 2017
JAN: pbf

                                                      Jeanne Naughton
                                                      Clerk

United States Bankruptcy Court
District of New Jersey

In re:
Assoc. Data Processing Consultants, Inc.
    Debtor

Case No. 17-10935-MBK
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jun 14, 2017
                       Form ID: 226     Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 16, 2017.
db         Assoc. Data Processing Consultants, Inc.,    43 Birch Ln,    Toms River, NJ   08753-2508
516596036      #Patricia Caldwell,    248 N Main St # A-22,    Spring Valley, NY   10977-7600

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2017 22:12:21      United States Trustee,    Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,    Newark, NJ 07102-5235
                                                                                                                                                                                                                                                         TOTAL: 1

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 14, 2017 at the address(es) listed below:
         Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation    dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
         Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America    jschwartz@mesterschwartz.com
         Karen E. Bezner     Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
         Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,    NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
         Kurt E. Reinheimer    on behalf of Debtor    Assoc. Data Processing Consultants, Inc.    kerrein66@comcast.net
         U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                                                                                                                                      TOTAL: 6