Form 226 – 3004claimntc.jsp

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.:  17−10935−MBK
Chapter:  7
Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assoc. Data Processing Consultants, Inc.
   aka ADPC, Inc.
   43 Birch Ln
   Toms River, NJ 08753−2508

Social Security No.:

Employer's Tax I.D. No.:
   22−3726697

---

### Notice of Filing of Proof of Claim Pursuant to Fed.R.Bank.P. 3004

    Please be advised that Wells Fargo Bank the Karen Bezner in the above captioned case filed a proof of claim on behalf of the following creditor(s) on 6/12/2017.

Wells Fargo Bank

Dated: June 14, 2017
JAN: pbf

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 17-10935-MBK
Assoc. Data Processing Consultants, Inc.                           Chapter 7
           Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin            Page 1 of 1           Date Rcvd: Jun 14, 2017
                             Form ID: 226            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 16, 2017.
db              Assoc. Data Processing Consultants, Inc.,    43 Birch Ln,    Toms River, NJ  08753-2508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 14 2017 22:12:21     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
                                                                                           TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516596038       ##Wells Fargo Bank,     PO Box 3117,    Winston Salem, NC  27102-3117
                                                                          TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 16, 2017                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 14, 2017 at the address(es) listed below:
          Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
          dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
          Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
          jschwartz@mesterschwartz.com
          Karen E. Bezner    Kbez@bellatlantic.net,  NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
          NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
          Kurt E. Reinheimer    on behalf of Debtor    Assoc. Data Processing Consultants, Inc.
          kerrein66@comcast.net
          U.S. Trustee.    USTPRegion03.NE.ECF@usdoj.gov
                                                                          TOTAL: 6