UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Associated Data Processing Consultants, Inc.

Case No.: 17-10935
Chapter: 7
Judge: MBK

## NOTICE OF PROPOSED ABANDONMENT

_____Karen E. Bezner_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Jeanne A. Naughton, Clerk
United States Bankruptcy Court
United States Courthouse
402 East State Street
Trenton, New Jersey 08608

If an objection is filed, a hearing will be held before the Honorable **Michael B. Kaplan, U.S.B.J.** on **August 20, 2018** at **10:00** a.m. at the United States Bankruptcy Court, Courtroom no. **8**. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property: Trustee abandons accounts receivable totaling $135,430.00, plus accrued interest, consisting of hundreds of accounts with an average balance of $300.00; and a cause of action against Guardian Insurance to enforce payment of accounts receivable.

Liens on property: Costs of litigation and attorneys' fees exceed value of asset to the estate, property is burdensome to the estate.

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: Karen E. Bezner, Trustee  /s/ Karen E. Bezner
Address: 567 Park Avenue, Suite 103, Scotch Plains, New Jersey 07076
Telephone No.: (908) 322-8484

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 17-10935-MBK
Assoc. Data Processing Consultants, Inc.                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 1              Date Rcvd: Jul 18, 2018
                              Form ID: pdf905         Total Noticed: 14

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 20, 2018.
db             Assoc. Data Processing Consultants, Inc.,    43 Birch Ln,    Toms River, NJ 08753-2508
516877609     +Horizon,    145 Bradford Drive,    West Berlin, NJ 08091-9269
516596035      Horizon Blue Cross Blue Shield of NJ,    Attn: GB Collects, LLC,    145 Bradford Dr,
                West Berlin, NJ 08091-9269
516596037      Regus,    116 Village Blvd,    Princeton, NJ 08540-5700
517446822     +SGP,   c/o Kevin S Krystopik, Esq.,    265 Ryan Street,    South Plainfield, NJ 07080-4208
516840287      State of New Jersey,    POB 379,    Trenton, NJ 08625-0379
516596039      Win Magic,    5600 A Cancorss Crt,    Mississauga, ON L5R-3E9

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Jul 18 2018 23:51:33     U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 18 2018 23:51:31     United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516609888     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 23:54:34     BMW Bank of No. Amer.,
                Ascension Capital Group,    POB 165028,    Irving, TX 75016-5028
516606186     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Jul 18 2018 23:55:43
                BMW Bank of North America,    c/o Ascension Capital Group,   P.O. Box 165028,
                Irving, TX 75016-5028
516708198      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 18 2018 23:55:10
                BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
516596033      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 18 2018 23:55:48     BMW Financial Service,
                Regional Service Center,    PO Box 3608,   Dublin, OH 43016-0306
516596034      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Jul 18 2018 23:54:38     BMW Financial Service,
                PO Box 9001065,    Louisville, KY 40290-1065
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516596036     ##Patricia Caldwell,    248 N Main St # A-22,   Spring Valley, NY 10977-7600
516596038     ##Wells Fargo Bank,    PO Box 3117,   Winston Salem, NC 27102-3117
                                                                                   TOTALS: 0, * 0, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 17, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor   Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor   BMW Bank of North America
               jschwartz@mesterschwartz.com
              Karen E. Bezner    Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kurt E. Reinheimer    on behalf of Debtor   Assoc. Data Processing Consultants, Inc.
               kerrein66@comcast.net, G1659@notify.cincompass.com
              U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6