# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 17−10935−KCF
Chapter: 7
Judge: Kathryn C. Ferguson

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Assoc. Data Processing Consultants, Inc.
   aka ADPC, Inc.
   43 Birch Ln
   Toms River, NJ 08753−2508

Social Security No.:

Employer's Tax I.D. No.:
   22−3726697

## NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE, OF HEARING ON APPLICATIONS FOR COMPENSATION (AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)

THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable Kathryn C. Ferguson on:

DATE:       November 21, 2019
TIME:       02:30 PM
LOCATION:   Courtroom 2, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but not required.

The account of the trustee shows:

TOTAL RECEIPTS:        $1,332.04
TOTAL DISBURSEMENTS:   $ 250.84
BALANCE ON HAND:       $1,081.20

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled to priority must be paid in advance of any dividends to general creditors. The following applications for compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Karne E. Bezner
Chapter 7 Trustee

COMMISSION OR FEES
$333.01

EXPENSES
$91.88

The trustee's application to abandon the following property will be heard and acted upon:
None

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.

Dated: October 18, 2019
JAN: pbf

                                                            Jeanne Naughton
                                                            Clerk

```
                         United States Bankruptcy Court
                              District of New Jersey
In re:                                                              Case No. 17-10935-KCF
Assoc. Data Processing Consultants, Inc.                            Chapter 7
       Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0312-3          User: admin                 Page 1 of 1             Date Rcvd: Oct 18, 2019
                              Form ID: 192                Total Noticed: 15

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 20, 2019.
db             Assoc. Data Processing Consultants, Inc.,    43 Birch Ln,    Toms River, NJ 08753-2508
516609888     +BMW Bank of No. Amer.,    4515 N Santa Fe Ave. Dept. APS,     Oklahoma City, OK 73118-7901
516877609     +Horizon,    145 Bradford Drive,    West Berlin, NJ 08091-9269
516596035      Horizon Blue Cross Blue Shield of NJ,     Attn: GB Collects, LLC,    145 Bradford Dr,
                West Berlin, NJ 08091-9269
516596037      Regus,    116 Village Blvd,    Princeton, NJ 08540-5700
517446822     +SGP,   c/o Kevin S Krystopik, Esq.,     265 Ryan Street,    South Plainfield, NJ 07080-4208
516840287      State of New Jersey,    POB 379,    Trenton, NJ 08625-0379
516596038      Wells Fargo Bank,    PO Box 3117,    Winston Salem, NC 27102-3117
516596039      Win Magic,    5600 A Cancorss Crt,    Mississauga, ON L5R-3E9

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Oct 19 2019 00:54:56      U.S. Attorney,   970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 19 2019 00:54:55      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,   Suite 2100,
                Newark, NJ 07102-5235
516606186     +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 19 2019 00:48:57
                BMW Bank of North America,    c/o Ascension Capital Group,    P.O. Box 165028,
                Irving, TX 75016-5028
516708198      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 19 2019 00:48:59
                BMW Financial Services NA, LLC,    P.O. Box 3608,   Dublin, OH 43016
516596033      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 19 2019 00:47:39      BMW Financial Service,
                Regional Service Center,    PO Box 3608,   Dublin, OH 43016-0306
516596034      E-mail/PDF: ais.bmw.ebn@americaninfosource.com Oct 19 2019 00:49:08      BMW Financial Service,
                PO Box 9001065,    Louisville, KY 40290-1065
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516596036      ##Patricia Caldwell,    248 N Main St # A-22,    Spring Valley, NY 10977-7600
                                                                                   TOTALS: 0, * 0, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 18, 2019 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
              Jason Brett Schwartz    on behalf of Creditor    BMW Bank of North America
               jschwartz@mesterschwartz.com
              Karen E. Bezner     Kbez@bellatlantic.net, NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Karen E. Bezner    on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,
               NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com
              Kurt E. Reinheimer    on behalf of Debtor    Assoc. Data Processing Consultants, Inc.
               kerrein66@comcast.net, G1659@notify.cincompass.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```