UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Assoc. Data Processing Consultants, Inc.

Case No.:       17-10935

Chapter:            7

Hearing Date:   November 21, 2019

Judge:         Kathryn C. Ferguson

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
ASSOC. DATA PROCESSING CONSULTANTS,

Debtor(s) | Case No. 17-10935 KCF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 22nd day of November, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $333.01 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $91.88 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.