UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

Order Filed on November 22, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Assoc. Data Processing Consultants, Inc.

Case No.: 17-10935

Chapter: 7

Hearing Date: November 21, 2019

Judge: Kathryn C. Ferguson

**ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: November 22, 2019**

Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In re:
ASSOC. DATA PROCESSING CONSULTANTS,

Debtor(s)

Case No. 17-10935 KCF

ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

AND NOW, this 22nd day of November, 2019, upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $333.01 is reasonable compensation for the services in this case by KAREN E. BEZNER, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $91.88 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:  
Assoc. Data Processing Consultants, Inc.  
    Debtor

Case No. 17-10935-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Nov 22, 2019  
                               Form ID: pdf903     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 24, 2019.  
db          Assoc. Data Processing Consultants, Inc.,    43 Birch Ln,    Toms River, NJ   08753-2508

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                        TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 24, 2019                                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 22, 2019 at the address(es) listed below:  
         Denise E. Carlon     on behalf of Creditor    Toyota Motor Credit Corporation  
          dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
         Jason Brett Schwartz     on behalf of Creditor    BMW Bank of North America  
          jschwartz@mesterschwartz.com  
         Karen E. Bezner     Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Karen E. Bezner     on behalf of Trustee Karen E. Bezner Kbez@bellatlantic.net,   NJ61@ecfcbis.com;KarenEBeznerEsq@aol.com  
         Kurt E. Reinheimer     on behalf of Debtor    Assoc. Data Processing Consultants, Inc.   kerrein66@comcast.net,   G1659@notify.cincompass.com  
         U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov  
                                                                                                      TOTAL: 6